**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

---

CARL M. MILLER,

        Plaintiff,

-v-

COUNTY OF ERIE,
DEPARTMENT OF SHERIFF OF ERIE COUNTY,
TIMOTHY B. HOWARD, Erie County Sheriff,
THOMAS DIINA, Superintendent,
LIEUTENANT KRZYSZTOF KANIA,
SARGENT CHRISTIAN J. SUNDBERG,
OFFICER DEANNA J. LATES,
LIEUTENANT KAREN A. YETZER,
OFFICER KEITH L. ROBERTS,
SARGENT RICHARD J. ZOZACZKA,
OFFICER D. PAUL ROBINSON,
OFFICER TIMOTHY M. WANAT,
DAVIS JULIAN, P.A.,
JAMES THOMAS,
JOSEPH DAMICO,
ARIEL SIMMS,
ROBERT GIBBENS, R.N.,
MAXIM HEALTHCARE SERVICES, INC., and
JOHN DOES 1-10,

        Defendants.

**NOTICE OF REMOVAL OF ACTION (28 U.S.C. §1441(b))**
**Federal Question**

NYS Index No. 811385/2017

**Civil Docket #**

---

TO THE CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK:

    **PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. §§1441(b) and 1446, defendants,

THE COUNTY OF ERIE, DEPARTMENT OF SHERIFF OF ERIE COUNTY, TIMOTHY B.

HOWARD, Erie County Sheriff, THOMAS DIINA, Superintendent, LIEUTENANT

KRZYSZTOF KANIA, SARGENT CHRISTIAN J. SUNDBERG, OFFICER DEANNA J.

LATES, LIEUTENANT KAREN A. YETZER, OFFICER KEITH L. ROBERTS, SARGENT

RICHARD J. ZOZACZKA, OFFICER D. PAUL ROBINSON, OFFICER TIMOTHY M. WANAT, DAVIS JULIAN, P.A., and ROBERT GIBBENS, R.N., hereby remove to this Court the civil action filed in the Supreme Court of the State of New York, County of Erie, as described below.

On August 17, 2017, Plaintiff, CARL MILLER, filed a civil action entitled against THE COUNTY OF ERIE, DEPARTMENT OF SHERIFF OF ERIE COUNTY, TIMOTHY B. HOWARD, Erie County Sheriff, THOMAS DIINA, Superintendent, LIEUTENANT KRZYSZTOF KANIA, SARGENT CHRISTIAN J. SUNDBERG, OFFICER DEANNA J. LATES, LIEUTENANT KAREN A. YETZER, OFFICER KEITH L. ROBERTS, SARGENT RICHARD J. ZOZACZKA, OFFICER D. PAUL ROBINSON, OFFICER TIMOTHY M. WANAT, DAVIS JULIAN, P.A., and ROBERT GIBBENS, R.N., Case Index Number: 811385/2017, in the Supreme Court for the State of New York, County of Erie.

Between August 22, 2017 and September 5, 2017, Plaintiff served the Summons and Complaint in the above-referenced state court action. Copies of all relevant process and pleadings in this state court action are attached hereto as **Exhibit A**. Copies of the Affidavits of Service are attached as **Exhibit B**.

No further proceedings have been had in the state court action. Plaintiff's Complaint contains an unspecified cause of action pursuant to 42 U.S.C. §1983, alleging that the County defendants violated the Plaintiff's federally secured Constitutional rights.

Accordingly, this Court has original jurisdiction over the state court action under 28 U.S.C. §1331 (federal question) because it is a civil action that arises under the Constitution, laws, or treaties of the United States.

No previous application has been made for the relief requested herein.

DATED: Buffalo, New York
September 18, 2017

Respectfully submitted,

MICHAEL A. SIRAGUSA
Erie County Attorney and Attorney for Defendant,

By:/s/ Anthony B. Targia
ANTHONY B. TARGIA, ESQ.
Assistant County Attorney, of Counsel
95 Franklin Street, Room 1634
Buffalo, New York 14202

TO: Leonard D. Zaccagnino, Esq.
Shaw & Shaw, P.C.
Attorneys for Plaintiff
4819 South Park Avenue
Hamburg, New York 14075
(716) 648-3020

## Index of Documents
## Filed in State Court, Prior to Removal

| Document | Date of Filing |
|---|---|
| **A. Summons and Complaint** | August 17, 2017 |
| B. Affidavits of Service | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 18, 2017, I mailed the foregoing, by the United States Postal Service, to the following :

        Leonard D. Zaccagnino, Esq.
        Shaw & Shaw, P.C.
        4819 South Park Avenue
        Hamburg, New York 14075

        JAMES THOMAS
        c/o  Erie County Holding Center
        10 Delaware Avenue
        Buffalo, New York 14202

        JOSEPH DAMICO
        c/o Greene Correctional Facility
        165 Plank Road
        Coxsackie, New York 12051

        ARIEL SIMMS
        1457 East Delavan Avenue #2
        Buffalo, New York 14215

        MAXIM HEALTHCARE SERVICES, INC.
        7227 Lee DeForest Drive
        Columbia, MD 21046


Dated: Buffalo, New York
       September 18, 2017

                              By: s/ Anthony B. Targia
                              Anthony B. Targia, Esq.
                              Assistant County Attorney
                              95 Franklin Street, Room 1634
                              Buffalo, New York 14203
                              Email: Anthony.Targia@erie.gov