SUPREME COURT

CARL M. MILLER
171 Kokomo Street
Buffalo New York 14043

Plaintiff,

**AFFIDAVIT OF SERVICE**

**ON AN INDIVIDUAL**

-VS.-

**OR CORPORATION**

ROBERT GIBBENS R.N.
152 Raymond Avenue
Cheektowaga    New York 14227.

Defendant

Index No. 811385/2017

State of New York
County of ERIE

ss.:

ROCCO ZENDANO _____ being duly sworn, deposes and says that he is over 18 years of age and not a party to this action; that on the 5 day of SEPTEMBER _____, 20 17 at approximately ____ PM 10:00 AM at 152 RAYMOND AVENUE, CHEEKTOWAGA

New York deponent served the annexed SUMMONS & COMPLAINT on ROBERT GIBBEN
& NOTICE OF E-FLING                                   R.N.

the defendant named herein, in the following manner:

☑ Individual   By delivering to and leaving with said DEFENDANT _____ personally a true copy thereof, and that he knew the person so served to be ROBERT GIBBENS R.N. _____

_____ the person mentioned and described in said Summons&Complaint\&E-File

☐ Corporation   By delivering to and leaving with _____ and he knew the person so
☐ Authorized To   served to be _____ of defendant corporation
   Accept Service

☐ Responsible   By delivering to and leaving with _____ ( _____ ) a true copy
   Person   thereof, a person of suitable age and discretion. Said premises being the defendants (dwelling place) (usual place of adobe)(place of business) within the State of New York.

☐ Substituted   By affixing a true copy thereof the door said premises the same being the defendants (dwelling
   Service   place)(usual place of abode) (place of business) within the State of New York.

☐ Mail   Deponent also served a copy of the _____ by depositing a true copy of the same in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States post office in the State of New York.

☑ Previous   Deponent had previously attempted to serve the above-named defendant(s) pursuant to CPLR Sec. 308
   Attempt(s)

| | | | | | | |
|---|---|---|---|---|---|---|
| at 11581 WALDEN AVE | on the 28 TH | day of AUGUST | 20 17 | 1:50 PM | ____ AM |
| at 8722 HIGHLAND DRIVE | on the 1.ST | day of SEPTEMBER | 20 17 | 4:30 PM | ____ AM |
| at _____ | on the ____ | day of _____ | 20 ___ | ____ PM | ____ AM |

☑ Description   The person serve would be described as approximately 40 years of age 190 lbs. 5 ft.
10 in. x male ____ female BROWN hair WHITE skin BROWN eyes other
_____

☑ Military

To my best knowledge, information and belief the said defendant at the time of service was not engaged in military service of the United States.

Sworn to before me this 5ᵗʰ day of
_____ 20 17

_____
Notary Public Commissioner of Deeds

GARY BEVILACQUA
Commissioner of Deeds, State of New York
Qualified in Niagara Falls, New York
Commission Expires December 31 2018

SUPREME                    Court

| CARL M. MILLER | Plaintiff, |
|---|---|

171 Kokomo Street
Buffalo New York 14043

**AFFIDAVIT OF SERVICE**

**ON AN INDIVIDUAL**

-VS.-

**OR CORPORATION**

ARIEL SIMMS
1457 E. Delavan Avenue #2
Buffalo      New York 14215          **Defendant**     **Index No. 811385/2017**

State of New York
County of ERIE                          ss.:

ROCCO ZENDANO _____ being duly sworn, deposes and says that he is over 18 years of age and not a party to this action; that on the 5 day of SEPTEMBER , 20 17 at approximately ____ PM 11:00 AM at 40 DELAWARE AVENUE , BUFFALO

New York deponent served the annexed SUMMONS & COMPLAINT  on ARIEL SIMMS
& NOTICE OF E-FLING

the defendant named herein, in the following manner:

☑ Individual     By delivering to and leaving with said DEFENDANT _____ personally a true copy thereof, and that he knew the person so served to be ARIEL SIMMS _____ _____ the person mentioned and described in said Summons&Complaint&E-File

☐ Corporation     By delivering to and leaving with _____ and he knew the person so
☐ Authorized To     served to be _____ of defendant corporation
   Accept Service

☐ Responsible     By delivering to and leaving with _____ ( _____ ) a true copy
   Person     thereof, a person of suitable age and discretion.  Said premises being the defendants (dwelling place) (usual place of adobe)(place of business) within the State of New York.

☐ Substituted     By affixing a true copy thereof the door said premises the same being the defendants (dwelling
   Service     place)(usual place of abode) (place of business) within the State of New York.

☐ Mail     Deponent also served a copy of the _____ by depositing a true copy of the same in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States post office in the State of New York.

☑ Previous     Deponent had previously attempted to serve the above-named defendant(s) pursuant to CPLR Sec. 308
   Attempt(s)     at 1457 E. Delavan Ave   on the 29 th   day of August   20 17   2:00 PM ____ AM
   at 1457 E. Delavan Ave   on the 30 th   day of August   20 17   7:00 PM ____ AM
   at 1457 E. Delavan Ave   on the 31 st   day of August   20 17   ____ PM 10:20 AM

☑ Description     The person serve would be described as approximately 26 years of age 180 lbs. 5 ft.
   9 in. x male ____ female BALCK hair BLACK skin BROWN eyes other

☑ Military     To my best knowledge, information and belief the said defendant at the time of service was not engaged in military service of the United States.

Sworn to before me this __5__ day of
Septem___ , 20 17 .

_____                          _____
Notary Public Commissioner of Deeds

| GARY BEVILACQUA |
|---|
| Commissioner of Deeds, State of New York |
| Qualified in Niagara Falls, New York |
| Commission Expires December 31, 2018 |

CARL M. MILLER                      Plaintiff,
171 Kokomo Street
Buffalo New York 14043                          **AFFIDAVIT OF SERVICE**

-vs.-                                              **ON AN INDIVIDUAL**

JAMES THOMAS                                      **OR CORPORATION**
c/o/Erie County Holding Center
40 Delaware Avenue,  Buffalo New York 14202   Defendant      Index No. 811385/2017

State of New York
                              ss.:
County of  ERIE

_____

ROCCO ZENDANO_____ being duly sworn,  deposes and says that he is over 18 years of age
and not a party to this action; that on the 22 day of AUGUST_____, 20 17 at approximately
2:10 PM ____ AM at 40 DELAWARE AVENUE ,  BUFFALO_____
New York deponent served the annexed  SUMMONS & COMPLAINT  on  JAMES THOMAS
                                      & NOTICE OF E-FILING

the defendant named herein, in the following manner:

☑ Individual      By delivering to and leaving with said DEFENDANT_____ personally a true
                  copy thereof, and that he knew the person so served to be _JAMES THOMAS_____
                  _____ the person mentioned and described in said Summons&Complaint&E-File

☐ Corporation     By delivering to and leaving with _____ and he knew the person so
☐ Authorized To   served to be _____ of defendant corporation
   Accept Service

☐ Responsible     By delivering to and leaving with _____ (_____ ) a true copy
   Person         thereof, a person of suitable age and discretion.  Said premises being the defendants (dwelling place)
                  (usual place of adobe)(place of business) within the State of New York.

☐ Substituted     By affixing a true copy thereof the door said premises the same being the defendants (dwelling
   Service        place)(usual place of abode) (place of business) within the State of New York.

☐ Mail            Deponent also served a copy of the _____ by depositing a true copy of the same in a
                  postpaid, properly addressed envelope in an official depository under the exclusive care and custody of
                  the United States post office in the State of New York.

☐ Previous        Deponent had previously attempted to serve the above-named defendant(s) pursuant to CPLR Sec. 308
   Attempt(s)
                  at _____ on the _____ day of _____ 20___    ____PM ____ AM
                  at _____ on the _____ day of _____ 20___    ____PM ____ AM
                  at _____ on the _____ day of _____ 20___    ____PM ____ AM

☑ Description     The person serve would be described as approximately   40   years of age  220  lbs.  5  ft.
                  10  in.  x  male _____ female bald  hair white____ skin brown eyes other
                  Numerous Tattoos_____

☑ Military        To my best knowledge, information and belief the said defendant at the time of service was not engaged
                  in military service of the United States.

Sworn to before me this  5ᵗʰ  day of
Se_____ 20 17.

_____              ┌─────────────────────────────────────────┐    _____
Notary Public Commissioner of Deeds  │      **GARY BEVILACQUA**                 │
                                     │ Commissioner of Deeds, State of New York │
                                     │   Qualified in Niagara Falls, New York   │
                                     │ Commission Expires December 31 2018      │
                                     └─────────────────────────────────────────┘

SUPREME                    Court

CARL M. MILLER
171 Kokomo Street
Buffalo New York 14043

Plaintiff,

**AFFIDAVIT OF SERVICE**

**ON AN INDIVIDUAL**

-vs.-

**OR CORPORATION**

DAVID JULIAN PA.
11581 Walden Avenue
Alden      New York    14004

Defendant

Index No. 811385/2017

State of New York
County of  ERIE

ss.:

ROCCO ZENDANO _____ being duly sworn,  deposes and says that he is over 18 years of age and not a party to this action; that on the 1 day of SEPTEMBER _____, 20 17 at approximately 1:15 PM _____ AM at 11581 WALDEN AVENUE , ALDEN

New York deponent served the annexed SUMMONS & COMPLAINT  on  DAVID JULIAN PA.
                                    & NOTICE OF E-FILING

the defendant named herein, in the following manner:

☑ Individual

By delivering to and leaving with said DEFENDANT _____ . personally a true copy thereof, and that he knew the person so served to be  DAVID JULIAN PA. _____
_____ the person mentioned and described in said Summons&Complaint&E-File

☐ Corporation
☐ Authorized To Accept Service

By delivering to and leaving with _____ and he knew the person so served to be _____ of defendant corporation

☐ Responsible Person

By delivering to and leaving with _____ (_____ ) a true copy thereof, a person of suitable age and discretion.  Said premises being the defendants (dwelling place) (usual place of adobe)(place of business) within the State of New York.

☐ Substituted Service

By affixing a true copy thereof the door said premises the same being the defendants (dwelling place)(usual place of abode) (place of business) within the State of New York.

☐ Mail

Deponent also served a copy of the _____ by depositing a true copy of the same in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States post office in the State of New York.

☐ Previous Attempt(s)

Deponent had previously attempted to serve the above-named defendant(s) pursuant to CPLR Sec. 308

at _____ on the _____ day of _____ 20___ ____PM ____ AM
at _____ on the _____ day of _____ 20___ ____PM ____ AM
at _____ on the _____ day of _____ 20___ ____PM ____ AM

☑ Description

The person serve would be described as approximately   45   years of age 195  lbs. 5  ft. 10  in. x  male _____ female black  hair black  skin brown eyes other
_____

☑ Military

To my best knowledge, information and belief the said defendant at the time of service was not engaged in military service of the United States.

Sworn to before me this 5th day of
September 20 17

_____
Notary Public Commissioner of Deeds

**GARY BEVILACQUA**
Commissioner of Deeds, State of New York
Qualified in Niagara Falls, New York
Commission Expires December 31, 2018

CARL M. MILLER
171 Kokomo Street
Buffalo New York 14043

Plaintiff,

**AFFIDAVIT OF SERVICE**

**ON AN INDIVIDUAL**

**OR CORPORATION**

-VS.-

OFFICER TIMOTHY M. WANAT
1166 Cleveland Drive
Cheektowaga New York 14225

Defendant

Index No. 811385/2017

State of New York
County of ERIE

ss.:

ROCCO ZENDANO _____ being duly sworn, deposes and says that he is over 18 years of age and not a party to this action; that on the 22 day of AUGUST _____ , 20 17 at approximately 1:55 PM _____ AM at 10 DELAWARE AVENUE , BUFFALO _____

New York deponent served the annexed SUMMONS & COMPLAINT on OFFICER TIMOTHY
& NOTICE OF E-FILING    M. WANAT

the defendant named herein, in the following manner:

☐ **Individual**

By delivering to and leaving with said _____ personally a true copy thereof, and that he knew the person so served to be _____ _____ the person mentioned and described in said _____

☐ **Corporation**

☐ **Authorized To Accept Service**

By delivering to and leaving with _____ and he knew the person so served to be _____ of defendant corporation

☑ **Responsible Person**

By delivering to and leaving with MICKEY PAWENSKI _____ ( SECRETARY SHERIFF ) a true copy thereof, a person of suitable age and discretion. Said premises being the defendants (dwelling place) (usual place of adobe)(place of business) within the State of New York.

☐ **Substituted Service**

By affixing a true copy thereof the door said premises the same being the defendants (dwelling place)(usual place of abode) (place of business) within the State of New York.

☑ **Mail**

Deponent also served a copy of the _____ by depositing a true copy of the same in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States post office in the State of New York.

☐ **Previous Attempt(s)**

Deponent had previously attempted to serve the above-named defendant(s) pursuant to CPLR Sec. 308

at _____ on the _____ day of _____ 20___ _____PM _____ AM
at _____ on the _____ day of _____ 20___ _____PM _____ AM
at _____ on the _____ day of _____ 20___ _____PM _____ AM

☑ **Description**

The person serve would be described as approximately 50 years of age 130 lbs. 5 ft. 7 in. _____ male X female BLONDE hair WHITE skin BROWN eyes other

☑ **Military**

To my best knowledge, information and belief the said defendant at the time of service was not engaged in military service of the United States.

Sworn to before me this 5th day of
Sept ____ 20 17

_____
Notary Public Commissioner of Deeds

GARY BEVILACQUA
Commissioner of Deeds, State of New York
Qualified in Niagara Falls, New York
Commission Expires December 31 2018

SUPREME       Court

CARL M. MILLER
171 Kokomo Street
Buffalo New York 14043

           Plaintiff,

-vs.-

OFFICER D. PAUL ROBINSON
12 Saint Joseph Drive
Lancaster New York 14086

          Defendant

**AFFIDAVIT OF SERVICE**

**ON AN INDIVIDUAL**

**OR CORPORATION**

Index No. 811385/2017

State of New York
County of ERIE       ss.:

___ROCCO ZENDANO_____ being duly sworn, deposes and says that he is over 18 years of age and not a party to this action; that on the __22__ day of __AUGUST_____, 20 _17_ at approximately _1:55_ PM ____ AM at _10 DELAWARE AVENUE , BUFFALO_

New York deponent served the annexed  SUMMONS & COMPLAINT   on  OFFICER D.PAUL
                                       & NOTICE OF E-FILING          ROBINSON

the defendant named herein, in the following manner:

**☐ Individual**

By delivering to and leaving with said _____ personally a true copy thereof, and that he knew the person so served to be _____ _____ the person mentioned and described in said _____

**☐ Corporation**

**☐ Authorized To Accept Service**

By delivering to and leaving with _____ and he knew the person so served to be _____ of defendant corporation

**☑ Responsible Person**

By delivering to and leaving with _MICKEY PAWENSKI_____ (SECRETARY SHERIFF) ) a true copy thereof, a person of suitable age and discretion. Said premises being the defendants (dwelling place) (usual place of adobe)(place of business) within the State of New York.

**☐ Substituted Service**

By affixing a true copy thereof the door said premises the same being the defendants (dwelling place)(usual place of abode) (place of business) within the State of New York.

**☑ Mail**

Deponent also served a copy of the _____ by depositing a true copy of the same in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States post office in the State of New York.

**☐ Previous Attempt(s)**

Deponent had previously attempted to serve the above-named defendant(s) pursuant to CPLR Sec. 308

at _____ on the _____ day of _____ 20___ ____PM ____ AM
at _____ on the _____ day of _____ 20___ ____PM ____ AM
at _____ on the _____ day of _____ 20___ ____PM ____ AM

**☑ Description**

The person serve would be described as approximately __50__ years of age __130__ lbs. _5_ ft. _7_ in. ____male _X_ female _BLONDE_ hair _WHITE___ skin _BROWN_ eyes other _____

**☑ Military**

To my best knowledge, information and belief the said defendant at the time of service was not engaged in military service of the United States.

Sworn to before me this ___5th___ day of
_Sept_____, 20 _17_.

_____
Notary Public Commissioner of Deeds

**GARY BEVILACQUA**
Commissioner of Deeds, State of New York
Qualified in Niagara Falls, New York
Commission Expires December 31, 2018

SUPREME                 Court

CARL M. MILLER                              Plaintiff,
171 Kokomo Street
Buffalo New York 14043                                      **AFFIDAVIT OF SERVICE**

                                                            **ON AN INDIVIDUAL**
            -VS.-
                                                            **OR CORPORATION**
SARGEANT RICHARD J. KOZACZKA
79 Homer Street
Buffalo New York 14216                     Defendant       Index No. 811385/2017

State of New York
                                    ss.:
County of  ERIE

ROCCO ZENDANO _____ being duly sworn, deposes and says that he is over 18 years of age
and not a party to this action; that on the **22** day of AUGUST _____, 20 **17** at approximately
**1:55** PM _____ AM at 10 DELAWARE AVENUE , BUFFALO _____
New York deponent served the annexed SUMMONS & COMPLAINT  on SARGEANT RICHARD
                                     & NOTICE OF E-FILING        J. KOZACZKA

the defendant named herein, in the following manner:

☐ Individual      By delivering to and leaving with said _____ personally a true
                  copy thereof, and that he knew the person so served to be _____
                  _____ the person mentioned and described in said _____

☐ Corporation     By delivering to and leaving with _____ and he knew the person so
☐ Authorized To   served to be _____ of defendant corporation
   Accept Service

☑ Responsible     By delivering to and leaving with MICKEY PAWENSKI _____
   Person         ( SECRETARY SHERIFF ) a true copy
                  thereof, a person of suitable age and discretion.  Said premises being the defendants (dwelling place)
                  (usual place of adobe)(place of business) within the State of New York.

☐ Substituted     By affixing a true copy thereof the door said premises the same being the defendants (dwelling
   Service         place)(usual place of abode) (place of business) within the State of New York.

☑ Mail            Deponent also served a copy of the _____ by depositing a true copy of the same in a
                  postpaid, properly addressed envelope in an official depository under the exclusive care and custody of
                  the United States post office in the State of New York.

☐ Previous        Deponent had previously attempted to serve the above-named defendant(s) pursuant to CPLR Sec. 308
   Attempt(s)      at _____ on the _____ day of _____ 20___ _____PM _____ AM
                  at _____ on the _____ day of _____ 20___ _____PM _____ AM
                  at _____ on the _____ day of _____ 20___ _____PM _____ AM

☑ Description     The person serve would be described as approximately  **50**  years of age **130** lbs. **5** ft.
                  **7** in. _____male **X** female **BLONDE** hair **WHITE** ____ skin **BROWN** eyes other
                  _____

☑ Military        To my best knowledge, information and belief the said defendant at the time of service was not engaged
                  in military service of the United States.

Sworn to before me this _____ **5** ____ day of
Septe_____ , 20 **17**

_____
Notary Public Commissioner of Deeds

┌─────────────────────────────────────┐
│        GARY BEVILACQUA               │
│ Commissioner of Deeds, State of New York │
│   Qualified in Niagara Falls, New York   │
│ Commission Expires December 31 2018  │
└─────────────────────────────────────┘

CARL M. MILLER
171 Kokomo Street
Buffalo New York 14043

**Plaintiff,**

**AFFIDAVIT OF SERVICE**

**ON AN INDIVIDUAL**

-VS.-

**OR CORPORATION**

OFFICER KEITH L. ROBERTS
Erie County Correctional Facility
11581 Walden Avenue , Alden New York 14004   **Defendant**

**Index No. 811385/2017**

State of New York
County of   ERIE

    **ss.:**

ROCCO ZENDANO _____ being duly sworn, deposes and says that he is over 18 years of age and not a party to this action; that on the **22** day of **AUGUST** _____, 20 **17** at approximately **1:55** PM ____ AM at **10 DELAWARE AVENUE , BUFFALO**

New York deponent served the annexed **SUMMONS & COMPLAINT**    on   **OFFICER KEITH L.**
                                      **& NOTICE OF E-FILING**           **ROBERTS**

the defendant named herein, in the following manner:

**☐ Individual**

By delivering to and leaving with said _____ personally a true copy thereof, and that he knew the person so served to be _____ _____ the person mentioned and described in said _____

**☐ Corporation**

**☐ Authorized To Accept Service**

By delivering to and leaving with _____ and he knew the person so served to be _____ of defendant corporation

**☑ Responsible Person**

By delivering to and leaving with **MICKEY PAWENSKI** _____ ( SECRETARY ( SHERIFF) ) a true copy thereof, a person of suitable age and discretion. Said premises being the defendants (dwelling place) (usual place of adobe)(place of business) within the State of New York.

**☐ Substituted Service**

By affixing a true copy thereof the door said premises the same being the defendants (dwelling place)(usual place of abode) (place of business) within the State of New York.

**☑ Mail**

Deponent also served a copy of the _____ by depositing a true copy of the same in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States post office in the State of New York.

**☐ Previous Attempt(s)**

Deponent had previously attempted to serve the above-named defendant(s) pursuant to CPLR Sec. 308

at _____ on the _____ day of _____ 20___ ____PM ____ AM
at _____ on the _____ day of _____ 20___ ____PM ____ AM
at _____ on the _____ day of _____ 20___ ____PM ____ AM

**☑ Description**

The person serve would be described as approximately ____**50**____ years of age ____**130**____ lbs. ____**5**____ ft. ____**7**____ in. ____male **X** ____ female ____**BLONDE** hair ____**WHITE**_____ skin ____**BROWN**____eyes other

**☑ Military**

To my best knowledge, information and belief the said defendant at the time of service was not engaged in military service of the United States.

Sworn to before me this _____**5ᵗʰ**_____ day of
_____ 20 **17**

_Notary Public Commissioner of Deeds_

GARY BEVILACQUA
Commissioner of Deeds, State of New York
Qualified in Niagara Falls, New York
Commission Expires December 31 **2018**

CARL M. MILLER
171 Kokomo Street
Buffalo New York 14043

Plaintiff,

-VS.-

LIEUTENANT KAREN A. YETZER
464 TOWNLINE ROAD
LANCASTER NEW YORK 14086

Defendant

**AFFIDAVIT OF SERVICE**

**ON AN INDIVIDUAL**

**OR CORPORATION**

Index No. 811385/2017

State of New York
County of ERIE

ss.:

ROCCO ZENDANO _____ being duly sworn, deposes and says that he is over 18 years of age and not a party to this action; that on the 22 day of AUGUST _____, 20 17 at approximately 1:55 PM ____ AM at 10 DELAWARE AVENUE , BUFFALO

New York deponent served the annexed SUMMONS & COMPLAINT on LIEUTENANT KAREN
& NOTICE OF E-FILING     A. YETZER

the defendant named herein, in the following manner:

☐ Individual

By delivering to and leaving with said _____ personally a true copy thereof, and that he knew the person so served to be _____ _____ the person mentioned and described in said _____

☐ Corporation
☐ Authorized To
Accept Service

By delivering to and leaving with _____ and he knew the person so served to be _____ of defendant corporation

☑ Responsible
Person

By delivering to and leaving with MICKEY PAWENSKI _____ ( SECRETARY(SHERIFF) ) a true copy thereof, a person of suitable age and discretion. Said premises being the defendants (dwelling place) (usual place of adobe)(place of business) within the State of New York.

☐ Substituted
Service

By affixing a true copy thereof the door said premises the same being the defendants (dwelling place)(usual place of abode) (place of business) within the State of New York.

☑ Mail

Deponent also served a copy of the _____ by depositing a true copy of the same in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States post office in the State of New York.

☐ Previous
Attempt(s)

Deponent had previously attempted to serve the above-named defendant(s) pursuant to CPLR Sec. 308

at _____ on the _____ day of _____ 20___ ____PM ____ AM
at _____ on the _____ day of _____ 20___ ____PM ____ AM
at _____ on the _____ day of _____ 20___ ____PM ____ AM

☑ Description

The person serve would be described as approximately 50 years of age 130 lbs. 5 ft. 7 in. ____male X female BLONDE hair WHITE skin BROWN eyes other

☑ Military

To my best knowledge, information and belief the said defendant at the time of service was not engaged in military service of the United States.

Sworn to before me this 5ᵗʰ day of
September, 20 17

_____
Notary Public Commissioner of Deeds

**GARY BEVILACQUA**
Commissioner of Deeds, State of New York
Qualified in Niagara Falls, New York
Commission Expires December 31, 2018

SUPREME Court

CARL M. MILLER
171 Kokomo Street
Buffalo New York 14043

Plaintiff,

**AFFIDAVIT OF SERVICE**

**ON AN INDIVIDUAL**

-vs.-

**OR CORPORATION**

OFFICER DEANNA J. LATES
4332 East Frontier Drive
Buffalo New York 14219

Defendant

Index No. 811385/2017

State of New York
County of ERIE

ss.:

ROCCO ZENDANO _____ being duly sworn, deposes and says that he is over 18 years of age and not a party to this action; that on the 22 day of AUGUST _____, 20 17 at approximately 1:55 PM _____ AM at 10 DELAWARE AVENUE , BUFFALO

New York deponent served the annexed SUMMONS & COMPLAINT on OFFICER DEANNA J.
& NOTICE OF E-FILING                                          LATES

the defendant named herein, in the following manner:

☐ Individual

By delivering to and leaving with said _____ personally a true copy thereof, and that he knew the person so served to be _____

_____ the person mentioned and described in said _____

☐ Corporation

☐ Authorized To
Accept Service

By delivering to and leaving with _____ and he knew the person so served to be _____ of defendant corporation

☑ Responsible
Person

By delivering to and leaving with MICKEY PAWENSKI _____ ( SECRETARY(SHERIFF) ) a true copy thereof, a person of suitable age and discretion. Said premises being the defendants (dwelling place) (usual place of adobe)(place of business) within the State of New York.

☐ Substituted
Service

By affixing a true copy thereof the door said premises the same being the defendants (dwelling place)(usual place of abode) (place of business) within the State of New York.

☑ Mail

Deponent also served a copy of the _____ by depositing a true copy of the same in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States post office in the State of New York.

☐ Previous
Attempt(s)

Deponent had previously attempted to serve the above-named defendant(s) pursuant to CPLR Sec. 308

at _____ on the _____ day of _____ 20___ _____PM _____ AM
at _____ on the _____ day of _____ 20___ _____PM _____ AM
at _____ on the _____ day of _____ 20___ _____PM _____ AM

☑ Description

The person serve would be described as approximately 50 years of age 130 lbs. 5 ft. 7 in. _____male X female BLONDE hair WHITE skin BROWN eyes other

☑ Military

_____

To my best knowledge, information and belief the said defendant at the time of service was not engaged in military service of the United States.

Sworn to before me this 5ᵗʰ day of

S____ ___—20 ___

_____
Notary Public Commissioner of Deeds

**GARY BEVILACQUA**
**Commissioner of Deeds, State of New York**
**Qualified in Niagara Falls, New York**
**Commission Expires December 31, 2018**

_____

SUPREME      Court

CARL M. MILLER        **Plaintiff,**
171 Kokomo Street
Buffalo New York 14043

**AFFIDAVIT OF SERVICE**

**ON AN INDIVIDUAL**

-VS.-

**OR CORPORATION**

Sargeant Christian J. Sundberg
107 Argus Drive
Depew New York 14043      **Defendant**

**Index No. 811385/2017**

State of New York
County of ERIE      **ss.:**

ROCCO ZENDANO _____ being duly sworn, deposes and says that he is over 18 years of age and not a party to this action; that on the 22 day of AUGUST _____, 20 17 at approximately 1:55 PM ____ AM at 10 DELAWARE AVENUE , BUFFALO _____

New York deponent served the annexed SUMMONS & COMPLAINT  on SARGEANT CHRISTIAN
                                            & NOTICE OF E-FILING         J. SUNDBERG

the defendant named herein, in the following manner:

**Individual**

By delivering to and leaving with said _____ personally a true copy thereof, and that he knew the person so served to be _____

_____ the person mentioned and described in said _____

**Corporation**

By delivering to and leaving with _____ and he knew the person so served to be _____ of defendant corporation

**Authorized To Accept Service**

**☑ Responsible Person**

By delivering to and leaving with MICKEY PAWENSKI _____ ( SECRETARY(SHERIFF) ) a true copy thereof, a person of suitable age and discretion. Said premises being the defendants (dwelling place) (usual place of adobe)(place of business) within the State of New York.

**Substituted Service**

By affixing a true copy thereof the door said premises the same being the defendants (dwelling place)(usual place of abode) (place of business) within the State of New York.

**☑ Mail**

Deponent also served a copy of the _____ by depositing a true copy of the same in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States post office in the State of New York.

**Previous Attempt(s)**

Deponent had previously attempted to serve the above-named defendant(s) pursuant to CPLR Sec. 308

at _____ on the _____ day of _____ 20___ ____PM ____ AM
at _____ on the _____ day of _____ 20___ ____PM ____ AM
at _____ on the _____ day of _____ 20___ ____PM ____ AM

**☑ Description**

The person serve would be described as approximately 50 years of age 130 lbs. 5 ft. 7 in. ____ male X female BLOND hair WHITE skin BROWN eyes other _____

**☑ Military**

To my best knowledge, information and belief the said defendant at the time of service was not engaged in military service of the United States.

Sworn to before me this 5ᵗ day of
September , 20 17

Notary Public Commissioner of Deeds

**GARY BEVILACQUA**
Commissioner of Deeds, State of New York
Qualified in Niagara Falls, New York
Commission Expires December 31 2018

CARL M. MILLER
171 Kokomo Street
Buffalo New York 14043

Plaintiff,

**AFFIDAVIT OF SERVICE**

**ON AN INDIVIDUAL**

-vs.-

**OR CORPORATION**

Lieutenant Krzysztof Kania
1385 Abbott Road #87
Buffalo New York 14218

Defendant    Index No. 811385/2017

State of New York
County of ERIE                              ss.:

ROCCO ZENDANO _____ being duly sworn, deposes and says that he is over 18 years of age and not a party to this action; that on the 22 day of AUGUST _____, 20 17 at approximately 1:55 PM _____ AM at 10 DELAWARE AVENUE , BUFFALO

New York deponent served the annexed SUMMONS & COMPLAINT  on LIEUTENANT
& NOTICE OF E-FILING                                                  KRZYSZTOF KANIA

the defendant named herein, in the following manner:

**Individual**

By delivering to and leaving with said _____ personally a true copy thereof, and that he knew the person so served to be _____

_____ the person mentioned and described in said _____

**Corporation**

**Authorized To Accept Service**

By delivering to and leaving with _____ and he knew the person so served to be _____ of defendant corporation

☑ **Responsible Person**

By delivering to and leaving with MICKEY PAWENSKI _____ ( SECRETARY(SHERIFF) ) a true copy thereof, a person of suitable age and discretion. Said premises being the defendants (dwelling place) (usual place of adobe)(place of business) within the State of New York.

**Substituted Service**

By affixing a true copy thereof the door said premises the same being the defendants (dwelling place)(usual place of abode) (place of business) within the State of New York.

☑ **Mail**

Deponent also served a copy of the Summons&Complaint&E-File by depositing a true copy of the same in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States post office in the State of New York.

**Previous Attempt(s)**

Deponent had previously attempted to serve the above-named defendant(s) pursuant to CPLR Sec. 308

at _____ on the _____ day of _____ 20___  _____PM _____ AM
at _____ on the _____ day of _____ 20___  _____PM _____ AM
at _____ on the _____ day of _____ 20___  _____PM _____ AM

☑ **Description**

The person serve would be described as approximately   50   years of age   130   lbs.  5  ft. 7  in.  ____male  x  female BLONDE hair WHITE _____ skin BROWN eyes other _____

☑ **Military**

To my best knowledge, information and belief the said defendant at the time of service was not engaged in military service of the United States.

Sworn to before me this ___5th___ day of
Septemb ___, 20 17 .

_____
Notary Public Commissioner of Deeds

GARY BEVILACQUA
Commissioner of Deeds, State of New York
Qualified in Niagara Falls, New York
Commission Expires December 31 2018

CARL M. MILLER                                    Plaintiff,
171 Kokomo Street
Buffalo New York 14043

-VS.-

THOMAS DIINA Superintendant Jail
Management Division Erie County Sheriff's Office
40 Delaware Avenue,    Buffalo New York 14202    Defendant

**AFFIDAVIT OF SERVICE**

**ON AN INDIVIDUAL**

**OR CORPORATION**

Index No. 811385/2017

State of New York
County of ERIE                            ss.:

ROCCO ZENDANO _____ being duly sworn,  deposes and says that he is over 18 years of age and not a party to this action; that on the 22 day of AUGUST _____, 20 17 at approximately 1:55 PM ____ AM at 10 DELAWARE AVENUE,   BUFFALO

New York deponent served the annexed SUMMONS & COMPLAINT  on THOMAS DIINA Superintendent
& NOTICE OF E-FILING                      Jail Management Division Erie
                                          County Sheriff's Office

the defendant named herein, in the following manner:

☐ Individual    By delivering to and leaving with said _____ personally a true
                copy thereof, and that he knew the person so served to be _____
                _____ the person mentioned and described in said _____

☐ Corporation   By delivering to and leaving with _____ and he knew the person so
☐ Authorized To served to be _____ of defendant corporation
  Accept Service

☑ Responsible   By delivering to and leaving with MICKEY PAWENSKI _____ ( SECRETARY(SHERIFF) ) a true copy
  Person        thereof, a person of suitable age and discretion.  Said premises being the defendants (dwelling place)
                (usual place of adobe)(place of business) within the State of New York.

☐ Substituted   By affixing a true copy thereof the door said premises the same being the defendants (dwelling
  Service        place)(usual place of abode) (place of business) within the State of New York.

☑ Mail          Deponent also served a copy of the _____ by depositing a true copy of the same in a
                postpaid, properly addressed envelope in an official depository under the exclusive care and custody of
                the United States post office in the State of New York.

☐ Previous      Deponent had previously attempted to serve the above-named defendant(s) pursuant to CPLR Sec. 308
  Attempt(s)
                at _____ on the _____ day of _____ 20___ ____PM ____ AM
                at _____ on the _____ day of _____ 20___ ____PM ____ AM
                at _____ on the _____ day of _____ 20___ ____PM ____ AM

☑ Description   The person serve would be described as approximately   50   years of age  130  lbs.  5  ft.
                7   in. ____male X   female BLONDE hair WHITE _____ skin BROWN eyes other
                _____

☑ Military      To my best knowledge, information and belief the said defendant at the time of service was not engaged
                in military service of the United States.

Sworn to before me this 5ᵗʰ _____ day of
September ____ 20 17 .

_____

Notary Public Commissioner of Deeds

GARY BEVILACQUA
Commissioner of Deeds, State of New York
Qualified in Niagara Falls, New York
Commission Expires December 31 2018

SUPREME                   Court

CARL M. MILLER                                    Plaintiff,
171 Kokomo Street
Buffalo New York 14043                                            **AFFIDAVIT OF SERVICE**

                    -VS.-                                          **ON AN INDIVIDUAL**

TIMOTHY B. HOWARD ERIE COUNTY SHERIFF                             **OR CORPORATION**
10 DELAWARE AVENUE
BUFFALO NEW YORK 14202                  Defendant        Index No. 811385/2017

State of New York
                                    ss.:
County of ERIE

_____

ROCCO ZENDANO _____ being duly sworn, deposes and says that he is over 18 years of age
and not a party to this action; that on the __22__ day of __AUGUST_____, 20 __17__ at approximately
__1:55__ PM _____ AM at _10 DELAWARE AVENUE,   BUFFALO_____
New York deponent served the annexed  SUMMONS & COMPLAINT  on  TIMOTHY B. HOWARD
                                    & NOTICE OF E-FILING                ERIE COUNTY SHERIFF

the defendant named herein, in the following manner:

☐ Individual       By delivering to and leaving with said _____ personally a true
                   copy thereof, and that he knew the person so served to be _____

                   _____ the person mentioned and described in said _____

☐ Corporation      By delivering to and leaving with _____ and he knew the person so
☐ Authorized To    served to be _____ of defendant corporation
   Accept Service

☑ Responsible      By delivering to and leaving with  MICKEY PAWENSKI_____ ( SECRETARY(SHERIFF0 ) a true copy
   Person          thereof, a person of suitable age and discretion.  Said premises being the defendants (dwelling place)
                   (usual place of adobe)(place of business) within the State of New York.

☐ Substituted      By affixing a true copy thereof the door said premises the same being the defendants (dwelling
   Service         place)(usual place of abode) (place of business) within the State of New York.

☑ Mail             Deponent also served a copy of the  Summons&Complaint&E-File  by depositing a true copy of the same in a
                   postpaid, properly addressed envelope in an official depository under the exclusive care and custody of
                   the United States post office in the State of New York.

☐ Previous         Deponent had previously attempted to serve the above-named defendant(s) pursuant to CPLR Sec. 308
   Attempt(s)
                   at _____ on the _____ day of _____ 20___ ____PM _____ AM
                   at _____ on the _____ day of _____ 20___ ____PM _____ AM
                   at _____ on the _____ day of _____ 20___ ____PM _____ AM

☑ Description      The person serve would be described as approximately  __50__ years of age  _130_ lbs.  _5_ ft.
                   _7_ in. ____male  _x_ female _blonde_ hair _white_____ skin _brown_ eyes other

☑ Military         To my best knowledge, information and belief the said defendant at the time of service was not engaged
                   in military service of the United States.

Sworn to before me this __5th__ day of
_September_____ 20 _17_.

[signature]                              **GARY BEVILACQUA**                        [signature]
_____                  **Commissioner of Deeds, State of New York**
Notary Public Commissioner of Deeds      **Qualified in Niagara Falls, New York**
                                         **Commission Expires December 31 2018**

CARL M. MILLER                          Plaintiff,
171 Kokomo Street
Buffalo New York 14043

-vs.-

DEPARTMENT OF SHERIFF
OF ERIE COUNTY
10 Delaware Avenue    Buffalo New York 14202 · Defendant

**AFFIDAVIT OF SERVICE**

**ON AN INDIVIDUAL**

**OR CORPORATION**

Index No. 811385/2017

State of New York
County of  ERIE                         **ss.:**

ROCCO ZENDANO _____ being duly sworn,  deposes and says that he is over 18 years of age
and not a party to this action; that on the **22** day of AUGUST _____, 20 **17** at approximately
**1:55** PM _____ AM at 10 DELAWARE AVENUE , BUFFALO _____
New York deponent served the annexed   SUMMONS & COMPLAINT  on DEPARTMENT OF SHERIFF
                                        & NOTICE OF E-FILING        OF ERIE COUNTY

the defendant named herein, in the following manner:

☐ Individual

By delivering to and leaving with said _____ personally a true
copy thereof, and that he knew the person so served to be _____

_____ the person mentioned and described in said _____

☑ Corporation

☑ Authorized To
Accept Service

By delivering to and leaving with MICKEY OAWENSKI _____ and he knew the person so
served to be SECRETARY TO THE SHERIFF _____ of defendant corporation

☐ Responsible
Person

By delivering to and leaving with _____ (_____ ) a true copy
thereof, a person of suitable age and discretion.  Said premises being the defendants (dwelling place)
(usual place of adobe)(place of business) within the State of New York.

☐ Substituted
Service

By affixing a true copy thereof the door said premises the same being the defendants (dwelling
place)(usual place of abode) (place of business) within the State of New York.

☐ Mail

Deponent also served a copy of the _____ by depositing a true copy of the same in a
postpaid, properly addressed envelope in an official depository under the exclusive care and custody of
the United States post office in the State of New York.

☐ Previous
Attempt(s)

Deponent had previously attempted to serve the above-named defendant(s) pursuant to CPLR Sec. 308

at _____ on the _____ day of _____ 20___ ____PM ____ AM
at _____ on the _____ day of _____ 20___ ____PM ____ AM
at _____ on the _____ day of _____ 20___ ____PM ____ AM

☑ Description

The person serve would be described as approximately · 50 ___ years of age 130 lbs.  5 __ ft.
7 __ in.  ____male X ___ female BLONDE hair WHITE _____ skin BROWN eyes other

☑ Military

To my best knowledge, information and belief the said defendant at the time of service was not engaged
in military service of the United States.

Sworn to before me this ____ day of
_____ , 20 __.

Notary Public Commissioner of Deeds

GARY BEVILACQUA
Commissioner of Deeds, State of New York
Qualified in Niagara Falls, New York
Commission Expires December 31, 2018

CARL M. MILLER
171 Kokomo Street
Buffalo New York 14043

Plaintiff,

**AFFIDAVIT OF SERVICE**

**ON AN INDIVIDUAL**

-vs.-

**OR CORPORATION**

COUNTY OF ERIE
95 Franklin Street
Buffalo New York 14202

Defendant

Index No. 811385/2017

State of New York
County of ERIE

ss.:

_ROCCO ZENDANO_ being duly sworn, deposes and says that he is over 18 years of age and not a party to this action; that on the __24__ day of _AUGUST_, 20_17_ at approximately _12:50_ PM ____ AM at _95 FRANKLIN STREET, BUFFALO_

New York deponent served the annexed SUMMONS & COMPLAINT on COUNTY OF ERIE
& NOTICE OF E-FILING

the defendant named herein, in the following manner:

☐ Individual

By delivering to and leaving with said _____ personally a true copy thereof, and that he knew the person so served to be _____ _____ the person mentioned and described in said _____

☑ Corporation
☑ Authorized To Accept Service

By delivering to and leaving with _LESLIE ORTIZ-FOGG_ _____ and he knew the person so served to be _ASSISTANT COUNTY ATTORNEY_ _____ of defendant corporation

☐ Responsible Person

By delivering to and leaving with _____ (_____ ) a true copy thereof, a person of suitable age and discretion. Said premises being the defendants (dwelling place) (usual place of adobe)(place of business) within the State of New York.

☐ Substituted Service

By affixing a true copy thereof the door said premises the same being the defendants (dwelling place)(usual place of abode) (place of business) within the State of New York.

☐ Mail

Deponent also served a copy of the _____ by depositing a true copy of the same in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States post office in the State of New York.

☐ Previous Attempt(s)

Deponent had previously attempted to serve the above-named defendant(s) pursuant to CPLR Sec. 308

at _____ on the _____ day of _____ 20___ ____PM ____ AM
at _____ on the _____ day of _____ 20___ ____PM ____ AM
at _____ on the _____ day of _____ 20___ ____PM ____ AM

☑ Description

The person serve would be described as approximately __40__ years of age __125__ lbs. __5__ ft. __4__ in. ____male _X_ female _BROWN_ hair _WHITE_ skin _BROWN_ eyes other

☑ Military

To my best knowledge, information and belief the said defendant at the time of service was not engaged in military service of the United States.

Sworn to before me this __6__ day of
_September_, 20_17_.

[signature]

Notary Public Commissioner of Deeds

GARY BEVILACQUA
Commissioner of Deeds, State of New York
Qualified in Niagara Falls, New York
Commission Expires December 31, _2018_

[signature]

*SHAW & SHAW, P.C. 4819 SOUTH PARK AVENUE HAMBURG, NY 14075*

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| Client's File No.: | _____ |

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF ERIE**

| | |
|---|---|
| Index Number: | **811385/2017** |
| Date Filed: | **August 17, 2017** |

*Carl M. Miller*

vs

*County of Erie, et al.*

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

**STATE OF NEW YORK, COUNTY OF GREENE , SS.:**

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of New York. That on the following date: _9/1/17_ , at the following time: _8:10 AM_ , at _____ (c/o Greene Correctional Facility) 165 Plank Road, Coxsackie, NY 12051 _____ deponent served the within Summons and Complaint; Notice of Commencement of Action Subject to Mandatory Electronic Filing

[X] Papers so served were properly endorsed with the Index Number and date of filing.

Upon: Joseph Damico - DIN #17B0649 _____

| | | |
|---|---|---|
| [X] **Individual** | By delivering a true copy thereof to said recipient personally; deponent knew the person so served to be the individual described therein. | |
| [ ] **Responsible Person** | By delivering to and leaving with _____ , _____ a true copy thereof, a person of suitable age and discretion. Said premises being the defendant / respondent's [ ] dwelling place   [ ] place of business/employment   [ ] last known address within the State.  [ ] usual place of abode | Relationship |
| [ ] **Mail** | A copy thereof was deposited in a postpaid, properly addressed envelope, marked "Personal and Confidential" in a depository maintained by the U. S. P. S. and mailed to the above address on _____ | |
| [ ] **Corporation LLC / LLP** | By delivering and leaving with _____ said individual to be who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity. | |
| [ ] **Affixing To Door** | By affixing a true copy thereof to the door, being the defendant/respondent's  [ ] dwelling place   [ ] place of business/employment  [ ] last known address within the State. [ ] usual place of abode | |

[ ] **Previous Attempts** Deponent previously attempted to serve the above named defendant/respondent on:

| | | | | | |
|---|---|---|---|---|---|
| 1) _____ | at _____ | 3) _____ | at _____ | 5) _____ | at _____ |
| 2) _____ | at _____ | 4) _____ | at _____ | 6) _____ | at _____ |

**Description of Recipient** Sex: _Male_   Color of skin: _White_   Color of hair: _Brown_   Age: _36_   Height: _5'-8"_
Weight: _177_   Other Features: _____

[ ] **Witness Fees** advanced payment was made.

[X] **Military Service** I asked the person spoken to whether the defendant/respondent was in active military service and received a negative reply. The person spoken with wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations defendant/respondent narrated above. Upon information and belief, I aver that the recipient is not in military service.

[ ] **Other**

Sworn to before me on _September 1, 2017_

_____
NOTARY PUBLIC

_____
PROCESS SERVER - PRINT NAME BELOW SIGNATURE
Tracy Miles
PROCESS SERVER LICENSE # _____

LORI A MARDON
Notary Public, State of New York
No. 01MA6262798
Qualified in Albany County
Commission Expires Dec. 12, 2019

**Work Order # 7411883**

Cliennt's File No.:_____

Client: Shaw

# SECRETARY OF STATE - AFFIDAVIT OF SERVICE

STATE OF: NEW YORK

DATE FILED: 8/17/17

COUNTY OF: ERIE                    SUPREME COURT                    INDEX #: 811385/2017

CARL M. MILLER,

                                                              Plaintiff,

                                    Against

COUNTY OF ERIE, ET. AL..

                                                              Defendants

| | |
|---|---|
| State of NY<br>County of Albany<br>Brad S. Roy | SS<br>being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the state of New York. |
| That on 8/23/17 | at 11:20 AM |
| At | Secretary of State, 1 Commerce Plaza, 6th Floor, Albany, New York 12210 |
| Deponent served the within | **SUMMONS, COMPLAINT, NOTICE OF COMMENCEMENT OF ACTION SUBJECT TO MANDATORY ELECTRONIC FILING** |
| Upon: | **MAXIM HEALTHCARE SERVICES, INDIVIDUALLY AND DOING BUSINESS AS MAXIM STAFFING SOLUTIONS,** Defendant in this action. |

By delivering to and leaving with SUE ZOUKY, authorized agent in the office of the Secretary of the State, State of New York, personally at the office of the Secretary of State, of the State of New York, one (1)True copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40.00.  That said service was made pursuant to Section 307 BCL.

Also, per Section 307 BCL, Deponent did mail a copy of same in a envelope properly addressed to **Maxim Healthcare Services, Inc., Individually and doing business as Maxim Stafing Solutions, 7227 Lee DeForest Dr. Columbia, MD 21046** at a U.S. Post Office within New York State on 8/23/17.  Said mailing was mailed by Registered Mail, Return receipt requested. Registered Mail Receipt Number RA708540986US.

Bearing Index Number and Filing Date endorsed thereon.

DESCRIPTION:

| Sex | Skin Color | Hair Color | Approx. Age | Approx. Ht. | Approx. Wt. | Other |
|---|---|---|---|---|---|---|
| Female | White | Brown | 53-67 | 5'0" – 5'6" | 105-135 | |

Sworn to before me on: 8/23/17

_____                                        _____
Notary Public                                                                  Brad S. Roy

ANGELA ROY
Notary Public, State of New York
Qualified in Albany County
No. 01RO6119005
Commission Expires Nov. 22, 20 20



**Registered No.**  RA708560986US

**Date Stamp**

| Reg. Fee | $2.03 | | |
|---|---|---|---|
| Handling Charge | $11.70 | Return Receipt | |
| Postage | $2.75 | Restricted Delivery | |
| Received by | $0.00 | | |
| | $0.00 | | |

Customer Must Declare
Full Value $  $0.00  —0—  08/23/2  $16.48

Domestic Insurance up to $25,000 is included based upon the declared value. International indemnity is limited. (See Reverse).

**OFFICIAL USE**

**FROM** AB HIGHLAND NY 12528
23 Grandview Dr
Letham ny 1210
12528

**TO** Maxim Healthcare Servies Inc. Individualy
and doing business as Maxim Staffing Solutions
7227 Lee DeForest Dr
Columbia MD 21046

PS Form **3806,**   **Receipt for Registered Mail**   Copy 1 - Customer
January 2014 (7530-02-000-9051)   (See Information on Reverse)
For domestic delivery information, visit our website at *www.usps.com* ®

Cliennt's File No.:_____

Client: Shaw

# SECRETARY OF STATE - AFFIDAVIT OF SERVICE

STATE OF:  NEW YORK                                                    DATE FILED: 8/17/17

COUNTY OF: ERIE                    SUPREME COURT              INDEX #: 811385/2017

CARL M. MILLER,

                                                                Plaintiff,

                                Against

COUNTY OF ERIE,  ET. AL..
                                                        Defendants

| | |
|---|---|
| State of NY | |
| County of Albany | SS |
| Brad S. Roy | being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the state of New York. |

| | |
|---|---|
| That on 8/23/17 | at 11:20 AM |
| At | Secretary of State, 1 Commerce Plaza, 6th Floor, Albany, New York 12210 |
| Deponent served the within | **SUMMONS, COMPLAINT, NOTICE OF COMMENCEMENT OF ACTION SUBJECT TO MANDATORY ELECTRONIC FILING** |
| Upon: | **MAXIM HEALTHCARE SERVICES, INDIVIDUALLY AND DOING BUSINESS AS MAXIM PHYSICIAN RESOURCES,** **Defendant** in this action. |

By delivering to and leaving with **SUE ZOUKY**, authorized agent in the office of the Secretary of the State, State of New York, personally at the office of the Secretary of State, of the State of New York, one (1)True copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40.00.  That said service was made pursuant to Section 307 BCL.

Also, per Section 307 BCL, Deponent did mail a copy of same in a envelope properly addressed to **Maxim Healthcare Services, Inc., Individually and doing business as Maxim Physician Resources, 7227 Lee DeForest Dr. Columbia, MD 21046** at a U.S. Post Office within New York State on 8/23/17.  Said mailing was mailed by Registered Mail, Return receipt requested. Registered Mail Receipt Number RA708540972US.

Bearing Index Number and Filing Date endorsed thereon.

DESCRIPTION:

| <u>Sex</u> | <u>Skin Color</u> | <u>Hair Color</u> | <u>Approx. Age</u> | <u>Approx. Ht.</u> | <u>Approx. Wt.</u> | <u>Other</u> |
|---|---|---|---|---|---|---|
| Female | White | Brown | 53-67 | 5'0" – 5'6" | 105-135 | |

Sworn to before me on: 8/23/17

_____                                   _____
Notary Public                                                              Brad S. Roy

ANGELA ROY
Notary Public, State of New York
Qualified in Albany County
No. 01RO6119005
Commission Expires Nov. 22, 20 _20_



**Registered No.** RA708540972US

**Date Stamp**

| | |
|---|---|
| Reg. Fee | $2.03 |
| Handling Charge | $11.70 |
| Postage | $2.75 |
| Received by | $0.00 |
| | $0.00 |
| | $16.48 |

Return Receipt

Restricted Delivery

Customer Must Declare Full Value $0.00   08/23/20

Domestic Insurance up to $25,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

HIGHLAND NY 12530296
AUG 23 2017
USPS

## OFFICIAL USE

**FROM**
AB HIGHLAND, NY 12528
AB Roofing L5
236 Grandview Dr
Cohoes NY 12110
12528

**TO**
Maxim Healthcare Services Inc
Bill Leonard  R. Dombrowski  Maxim
7227 Lee DeForest Dr
Columbia MD 21046

PS Form **3806**, **Receipt for Registered Mail**   Copy 1 - Customer
January 2014 (7530-02-000-9051)   (See Information on Reverse)
For domestic delivery information, visit our website at *www.usps.com*®