CERTIFICATE OF SERVICE

      I hereby certify that on September 20, 2017, I electronically filed the foregoing Answer with Affirmative Defenses ans Jury Demand with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case:

Leonard D. Zaccagnino, Esq.<br>
Shaw & Shaw, P.C.<br>
Attorneys for Plaintiff<br>
4819 South Park Avenue<br>
Hamburg, New York 14075<br>
(716) 648-3020

The following parties have been served by first class mail:

James Thomas
c/o  Erie County Holding Center
10 Delaware Avenue
Buffalo, New York 14202

Ariel Simms
1457 East Delavan Ave., #2
Buffalo, New York 14215

Joseph Damico
c/o Greene Correctional Facility
165 Plank Road
Coxsackie, New York 12051

Maxim Healthcare Services, Inc.
7227 Lee DeForest
Drive Columbia, MD 21046

                                                  /s/ Anthony B. Targia
                                                  Anthony B. Targia
                                                  Assistant Erie County Attorney
                                                  95 Franklin Street,
                                                  Buffalo, New York 14202
                                                  (716) 858-2221
                                                  Anthony.Targia@erie.gov