Dear Sir or Madam,                                    10-14-2017

Regarding: Carl Miller vs. Joseph D'Amico, et. al.
Civil Docket # 17-CV-00928 LJV

I received a letter on 10-12-2017 from Shaw & Shaw PC, the Plaintiff's attorney stating that if I do not answer to the Court by 10-15-2017 that they will enter a request to the Court that a judgement be placed against me by default. I am currently an inmate at Greene Correctional Facility, I do not have an attorney and I can not afford one. I have no assets or any type of income. I do not know alot about the law, but the accusations against me are not true.

Can you please advise me on my next step into this matter?
Thank you

Joseph D'Amico
17B0649

**GREENE CORRECTIONAL FACILITY**
P.O. BOX 975
COXSACKIE, NEW YORK 12051-0975

NAME: Joseph D'Amico    DIN: 17B0649

GREENE ★ CORRECTIONAL FACILITY

NEOPOST
10/16/2017
US POSTAGE $000.46⁰
ZIP 12051
041M11287879

USDC - WDNY
OCT 19 2017
BUFFALO

United States District Court
US Court House
2, Niagara Square
Buffalo, NY 14202

Legal mail