UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

CARL M. MILLER,

        Plaintiff,           **PLAINTIFF'S RULE 26(a) DISCLOSURE**

vs.                          17-CV-00928 LJV

COUNTY OF ERIE, et. al.,

        Defendants.

---

        Plaintiff, by and through his attorneys, Shaw & Shaw, P.C., states the following pursuant to Rule 26(a) of the Federal Rules of Procedure:

    1.    **Witnesses**

        a.    Carl M. Miller
              171 Kokomo Street, Depew, NY 14043

        b.    Janet Miller
              171 Kokomo Street, Depew, NY 14043

        c.    Timothy B. Howard, Erie County Sheriff
              10 Delaware Avenue, Buffalo, NY 14202

        d.    Thomas Diina, Superintendent, Jail Management Division
              40 Delaware Avenue, Buffalo, NY 14202

        e.    Lieutenant Krzysztof Kania
              1385 Abbott Road #87, Buffalo, NY 14218

        f.    Sargent Christian J. Sundberg
              107 Argus Drive, Depew, NY 14043



SHAW & SHAW, PC
ATTORNEYS AND COUNSELORS AT LAW

g. Officer Deanna J. Lates
4332 East Frontier Drive, Buffalo, NY 14219

h. Lieutenant Karen A. Yetzer
464 Town Line Road, Lancaster, NY 14086

i. Officer Keith L. Roberts
c/o Erie County Correctional Facility
11581 Walden Avenue, Alden, NY 14004

j. Sargent Richard J. Kozaczka
79 Homer Street, Buffalo, NY 14216

k. Officer Paul Robinson
12 Saint Joseph Drive, Lancaster, NY 14086

l. Officer Timothy M. Wanat
1166 Cleveland Drive, Cheektowaga, NY 14225

m. David Julian, PA
Erie County Correctional Facility
11581 Walden Avenue, Alden, NY 14004

n. James Thomas
c/o Erie County Holding Center
10 Delaware Avenue, Buffalo, NY 14202

o. Joseph Damico
c/o Greene Correctional Facility
165 Plank Road, Coxsackie, NY 12051

p. Ariel Simms
1457 East Delavan Avenue #2, Buffalo, NY 14215

q. Robert Gibbens, RN
Erie County Correctional Facility
11581 Walden Avenue, Alden, NY 14004

r. Maxim Healthcare Services, Inc.
Individually and doing business as MAXIM STAFFING SOLUTIONS
7227 Lee DeForest Drive
Columbia, MD 21046



SHAW & SHAW, PC
ATTORNEYS AND COUNSELORS AT LAW

    s.    Maxim Healthcare Services, Inc.
Individually and doing business as
MAXIM PHYSICIAN RESOURCES
7227 Lee DeForest Drive, Columbia, MD 21046

    t.    JOHN DOES 1-10
Individually and as employees of the
Erie County Sheriff's Department
10 Delaware Avenue
Buffalo, NY 14202

    u.    Gregory J. Bennett, M.D.
Erie County Medical Center
462 Grider Street
Buffalo, NY 14215

2.    **Documents Pursuant to Rule 26(a)(1)(B)**: Plaintiff has the following documents in his possession, which documents have been provided to defense counsel pursuant to disclosure responses:

    a.    Medical records

3.    **Damages**: Plaintiff is alleging damages in an amount not to exceed $1,500,000.00.

4.    **Insurance Agreements**: The County defendants have answered but have yet to respond to plaintiff's demands for insurance information; defendants Maxim, Thomas, Damico and Simms have not yet answered the Complaint, nor have they provided any further information to plaintiff.



SHAW & SHAW, PC
ATTORNEYS AND COUNSELORS AT LAW

Dated:     February 26, 2018
             Hamburg, New York

                                           SHAW & SHAW, P.C.

                                           Leonard D. Zaccagnino
                                           Attorneys for Plaintiff
                                           Office and Post Office Address
                                           4819 South Park Avenue
                                           Hamburg, NY 14075
                                           (716) 648-3020 Telephone
                                           (716) 648-3730 Fax
                                           lzaccagnino@shawlawpc.com

TO:     Anthony B. Targia, Esq.
          Assistant County Attorney
          Office and Post Office Address
          95 Franklin Street
          Room 1634
          Buffalo, NY 14202

          James Thomas
          c/o Erie County Holding Center
          10 Delaware Avenue
          Buffalo, NY 14202

          Joseph Damico
          c/o Greene Correctional Facility
          165 Plank Road
          Coxsackie, NY 12051

          Ariel Simms
          1457 East Delavan Avenue #2
          Buffalo, NY 14215

          Maxim Healthcare Services, Inc.
          Individually and doing business as MAXIM STAFFING SOLUTIONS
          7227 Lee DeForest Drive
          Columbia, MD 21046



Maxim Healthcare Services, Inc.
Individually and doing business as
MAXIM PHYSICIAN RESOURCES
7227 Lee DeForest Drive
Columbia, MD 21046