UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

CARL M. MILLER,

          Plaintiff,

ENTRY OF DEFAULT AGAINST DEFENDANTS MAXIM HEALTHCARE, JAMES THOMAS, JOSEPH DAMICO, and ARIEL SIMMS

-vs-

Civil Action No.: 17-cv-00928 LJV

COUNTY OF ERIE, et. al.,

          Defendants.

_____

    It appearing that Defendants:

**MAXIM HEALTHCARE SERVICES INC., JAMES THOMAS, JOSEPH DAMICO and ARIEL SIMMS,**

are in Default for failure to appear or otherwise defend as required by Federal Rule of Civil Procedure 55(a), Default is hereby entered against said defendants on the ____ day of _____ 2018.

                                        Mary C. Loewenguth
                                        Clerk of Court
                                  United States District Court

                                        By: _____
                                                   Deputy Clerk



SHAW & SHAW, PC
ATTORNEYS AND COUNSELORS AT LAW