UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

CARL M. MILLER,

                Plaintiff,

    v.                                        17-cv-928

COUNTY OF ERIE, et al.
                Defendants.
_____

## CLERK'S ENTRY OF DEFAULT

It appearing that Defendants

**James Thomas, Maxim Healthcare Services Inc., Joseph Damico, and Ariel Simms**

are in Default for failure to appear or otherwise defend as required by law, Default is hereby entered as against said defendants on April 24, 2018.

                                                  MARY C. LOEWENGUTH
                                                      Clerk of Court
                                               United States District Court


                                                By: <u>s/Nicole Evtimovski</u>
                                                     Deputy Clerk