AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| | | |
|---|---|---|
| CARL M. MILLER | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 17-cv-00928 LJV |
| COUNTY OF ERIE, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

MAXIM HEALTHCARE SYSTEMS, INC., Individually and d/b/a MAXIM STAFFING SOLUTIONS.

Date: 05/03/2018

/s/ PAUL G. JOYCE
*Attorney's signature*

PAUL G. JOYCE
*Printed name and bar number*
COLUCCI & GALLAHER, P.C.
424 Main Street
2000 Liberty Buildilng
Buffalo, NY  14202

*Address*

pjoyce@colucci-gallaher.com
*E-mail address*

(716) 853-4080
*Telephone number*

(716) 854-4070
*FAX number*