UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| CARL M. MILLER | **NOTICE OF MOTION TO VACATE DEFAULT JUDGMENT** <br> **F.R.C.P. Rule 55** |
| vs. | |
| | Civil Action No. 17-cv-00928 LJV |
| COUNTY OF ERIE, *et al*. | |
| Defendants | |

_____

| | |
|---|---|
| **MOTION ON BEHALF OF:** | Defendant MAXIM HEALTHCARE SERVICES, INC., by its attorneys, Colucci and Gallaher, PC. |
| **DATE, TIME AND PLACE OF HEARING:** | Before the Hon. Lawrence J. Vilardo, United States District Court, Western District of New York, 2 Niagara Square, Buffalo, New York at a date and time to be determined by the Court. |
| **SUPPORTING PAPERS:** | Affidavit of Paul G. Joyce, Esq., dated May 3, 2018, with attached exhibits, and accompanying memorandum of law. |
| **RELIEF DEMANDED:** | An Order granting defendant MAXIM HEALTHCARE SERVICES, INC.'s motion to vacate the Clerk's Entry of Default (ECF Doc. No. 10), along with such other and further relief this Court deems just and proper. |
| **GROUNDS FOR RELIEF DEMANDED:** | Fed. R. Civ. P. Rule 55(c) |

**PLEASE TAKE FURTHER NOTICE THAT** that Defendant Maxim request oral argument on this matter and intends to file and serve reply papers.

Dated: Buffalo, New York  **COLUCCI & GALLAHER, P.C.**
May 3, 2018

By: /s/ Paul G. Joyce _____
Paul G. Joyce
*Attorneys for Defendant*
MAXIM HEALTHCARE
SERVICES, INC.
2000 Liberty Building
424 Main Street
Buffalo, New York 14202
(716) 853-4080

TO: Leonard D. Zaccagnino, Esq.
Shaw & Shaw, P.C.
4819 South Park Avenue
Hamburg, New York 14075
(716) 648-3020
*Attorney for Plaintiff*

Anthony B. Targia, Esq.
Assistant County Attorney
95 Franklin Street, Room 1634
Buffalo, New York 14202
Phone: 858-2221
*Attorney for Defendants:*
*The County of Erie, Department of Sheriff of Erie County, Timothy B. Howard, Erie County Sheriff, Thomas Dina, Superintendent, Lieutenant Krzysztof Kania, Sargent Christian J. Sundberg, Officer Deanna J. Lates, Lieutenant Karen A. Yetzer, Officer Keith L. Roberts, Sargent Richard J. Zozaczka, Officer D. Paul Robinson, Officer Timothy M. Wanant, David Julian, P.A. and Robert Gibbens, R.N.*

## Affirmation of Service

I hereby certify that on May 3, 2018, I electronically filed the foregoing Notice of Motion, supporting Affidavit and Memorandum of Law on behalf of Defendant Maxim Healthcare Services, Inc., Individually and d/b/a Maxim Staffing Solutions and Maxim Physician Resources with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case:

| | |
|---|---|
| Leonard D. Zaccagnino, Esq. | Anthony B. Targia, Esq. |
| Shaw & Shaw, P.C. | Assistant County Attorney |
| 4819 South Park Avenue | 95 Franklin Street, Room 1634 |
| Hamburg, New York 14075 | Buffalo, New York 14202 |
| (716) 648-3020 | Phone: 858-2221 |
| lzaccagnino@shawlawpc.com | *Attorney for Defendants:* |
| *Attorney for Plaintiff* | *The County of Erie, Department* |
| | *of Sheriff of Erie County,* |
| | *Timothy B. Howard, Erie County Sheriff,* |
| | *Thomas Dina, Superintendent,* |
| | *Lieutenant Krzysztof Kania,* |
| | *Sargent Christian J. Sundberg,* |
| | *Officer Deanna J. Lates,* |
| | *Lieutenant Karen A. Yetzer,* |
| | *Officer Keith L. Roberts,* |
| | *Sargent Richard J. Zozaczka,* |
| | *Officer D. Paul Robinson,* |
| | *Officer Timothy M. Wanant,* |
| | *David Julian, P.A. and Robert Gibbens, R.N.* |

I further certify that on the 3rd day of May, 2018, I served a copy of the foregoing Notice of Motion, supporting Affidavit and Memorandum of Law on behalf of Defendant Maxim Healthcare Services, Inc., Individually and d/b/a Maxim Staffing Solutions and Maxim Physician Resources via First Class Mail upon the following defendants:

| | |
|---|---|
| Mr. James Thomas | Mr. Ariel Simms |
| *c/o* Mid-State Correctional Facility | 42 Kamper Avenue |
| 9005 Old River Road | Buffalo, New York 14210 |
| P.O. Box 2500 | |
| Marcy, New York 13403 | |
| | |
| Joseph Damico | |
| *c/o* Green Correctional Facility | |
| 165 Plank Road | |
| Coxsackie, New York 12051 | |

being the addresses designated for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the City of Buffalo, State of New York.

/s/ Paul G. Joyce
Paul G. Joyce, Esq.