CLERK, U.S. DISTRICT COURT
UNITED STATES COURTHOUSE
BUFFALO, NY 14202-3350

OFFICIAL BUSINESS

ARIEL SIMMS
1457 EAST DELAVAN AVE #2
BUFFALO, NY 14215

USDC - WDNY
MAY - 4 2018
BUFFALO

Hasler
04/26/2018
US POSTAGE
$00.47⁰
ZIP 14202
011D11625333
FIRST-CLASS MAIL

NIXIE            146        FE 1         0005/02/18

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 14202335099          *2713-06035-26-39*