# AFFIDAVIT OF SERVICE

Client's File No.: _____

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NEW YORK**

Civil Action No.: 17-cv-00928 LJV
Date Filed: _____



Carl M. Miller

vs

County of Erie, et al.

*Plaintiff(s)/Petitioner(s)*

*Defendant(s)/Respondent(s)*

STATE OF NEW YORK, COUNTY OF ONEIDA, SS.:

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of New York. That on the following date: **April 30th 2018**, at the following time: **9:45 am**, at c/o Mid-State Correctional Facility, 9005 Old River Road, Marcy, NY 13403 deponent served the within Memorandum of Law; Plaintiff's Notice of Motion for Judgment By Default Against Defendants Maxim Healthcare, James Thomas, Joseph Damico and Ariel Simms; Affidavit in Support of Motion

[X] Papers so served were properly endorsed with the Civil Action No..

**Upon:** James Thomas - DIN 17B3578

[X] **Individual** By delivering a true copy thereof to said recipient personally; deponent knew the person so served to be the individual described therein.

[ ] **Responsible Person** By delivering to and leaving with _____, _____ Relationship
a true copy thereof, a person of suitable age and discretion. Said premises being the defendant / respondent's
[ ] dwelling place   [ ] place of business/employment   [ ] last known address within the State.   [ ] usual place of abode

[ ] **Mail** A copy thereof was deposited in a postpaid, properly addressed envelope, marked "Personal and Confidential" in a depository maintained by the U.S.P.S. and mailed to the above address on _____.

[ ] **Corporation LLC / LLP** By delivering to and leaving with _____ said individual to be _____ who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

[ ] **Affixing To Door** By affixing a true copy thereof to the door, being the defendant/respondent's [ ] dwelling place [ ] place of business/employment [ ] last known address within the State. [ ] usual place of abode

[ ] **Previous Attempts** Deponent previously attempted to serve the above named defendant/respondent on:
1) ___ at ___   3) ___ at ___   5) ___ at ___
2) ___ at ___   4) ___ at ___   6) ___ at ___

**Description of Recipient** Sex: Male  Color of skin: White  Color of hair: Brown  Age: 49  Height: 5'8"
Weight: 250  Other Features: _____

[ ] **Witness Fees** advanced payment was made.

[X] **Military Service** I asked the person spoken to whether the defendant/respondent was in active military service and received a negative reply. The person spoken with wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations defendant/respondent narrated above. Upon information and belief, I aver that the recipient is not in military service.

[ ] **Other**

Sworn to before me on **April 30, 2018**

_Lissa J. Graveline_
NOTARY PUBLIC

_Kristen Frey_
PROCESS SERVER - PRINT NAME BELOW SIGNATURE
Kristen Frey
PROCESS SERVER LICENSE # _____

LISSA J. GRAVELINE
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ONEIDA COUNTY
NO. 01GR6187220
MY COMMISSION EXPIRES MAY 19, 2020

Work Order # 7427989