Revised 05/01 WDNY
**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK**



FILED
MAY 11 2018
CLERK, US DISTRICT COURT, WDNY

Carl Miller
(Name of Plaintiff or Petitioner)

v.

Joseph D'Amico
(Name of Defendant(s) or Respondent(s))

**MOTION TO PROCEED *IN FORMA PAUPERIS*
AND SUPPORTING AFFIRMATION**
17-CV-00928L-JV

I, Joseph D'Amico, *(print or type your name)* am the plaintiff/petitioner in the above-entitled case and hereby request the Court's permission to proceed *in forma pauperis*.

In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of this action or to give security therefor and that I believe I am entitled to redress.

**I further declare that the responses which I have made in this affirmation below are true.**

1.  Are you presently employed? Yes ____ No ✗
    My Employer's Name and Address is: _____

    My **Gross** Monthly Wages are: $_____
    If you are not presently employed, state
    Your Last Date of Employment: 4-1-2016
    Your Gross Monthly Wages at that time: $1200.00
    Is your spouse presently employed? Yes ____ No ✗
    My Spouse's Employer's Name and Address is: _____

    My Spouse's **Gross** Monthly Wages are $_____

2.  Have you received **any money** from any of the following sources within the past twelve months:
    a. Business, profession or self-employment? Yes ____ No ✗
       If yes, state **source** and **amount received** per month $_____
    b. Rent payments, interest or dividends? Yes ____ No ✗
       If yes, state **source** and **amount received** per month $_____
    c. Pensions, annuities, disability, or life insurance payments? Yes ____ No ✗
       If yes, state **source** and **amount received** per month $_____
    d. Gifts or inheritances? Yes ____ No ✗
       If yes, state **source** and **amount** received per month $_____
    e. Child Support? Yes ____ No ✗
       If yes, state **amount received** each month $_____
    f. Government Benefits (Social Security, SSI, Welfare, AFDC, Veterans, etc.)? Yes ____ No ✗
       If yes, state **source** and **amount received** per month $_____
    g. Friends, Relatives or any other source? Yes ____ No ✗
       If yes, state **source** and **amount received** per month $_____
    If you have **not** received any money from any of the above sources, please explain how you are currently paying your expenses:
    _____
    _____
    _____

3.  What is your total gross monthly income today: $0

4.  How much **cash** do you have on hand? $0

5. How much money do you have in a **checking account**(s)? $ 0

6. How much money do you have in a **savings account**(s)? $ 0

7. If you are an inmate of a correctional facility, state the amount of funds in your inmate account (**NOTE**: prisoners must have inmate account balances certified by an authorized official of the correctional facility and must include a signed Authorization for payment of the filing fee): 0   $15.00

8. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? Yes _____ No X
   If so, **describe** the property in detail and give an **estimated value** of the property: _____

   If you own property, are you paying off a **loan** or **mortgage** on it? Yes _____ No X
   If yes where are you obtaining the money to make such payments: _____

9. If you are not an inmate, state your **total monthly household expenses**:
   Rent or mortgage $_____   Food $_____   Utilities $_____   All other expenses $_____
   If your monthly expenses exceed the amount of income you listed in # 3 above, please explain how you are paying your expenses

10. List **all** of the people who are in your household and state the amount of money each one contributes to household expenses each month: _____

11. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: _____

12. Have you been adjudicated bankrupt within the past ten (10) years? Yes _____ No X
    If the answer is yes, please include the court and date of filing _____

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on 5-1-2018                         _[signature]_
              (Date)                          (Applicant's Signature)

## PRISON CERTIFICATION SECTION

(Required for Prisoner Requests Only; Prisoner Requests **Must** Have This Section Completed By Prison Official)

I certify that the movant has the sum of $ 8.80 on account to his/her credit at the Greene Correctional Facility where s/he is currently confined.
I further certify that the movant has the following securities to his/her credit according to the institution's records: N/A
I further certify that the movant's average account balance was $ 32.25 during the last six months.

_[signature]_
Signature of Authorized Officer of Institution
JAMES P. MCCARY J.
Print Name of Authorized Officer of Institution


```
ICS902-06                                                                                                           05/03/18
                          STATE OF NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES
                                      67-GREENE        CORRECTIONAL FACILITY
                              INMATE STATEMENT FOR THE PERIOD 05/01/18 THRU 05/03/18
*****************************************************************************
*                                                                           *
*     NAME-DAMICO JOSEPH           DEPT ID-17B0649    CELL LOC-0B-01-36B  NYSID-08873229Q  *
*                                                                           *
*****************************************************************************

FACILITY    DATE     ---- TRANSACTION ----     TR-NUM    RECEIPT(+)   DISBURS(-)   COLLECTED AMT   STATEWIDE    STATEWIDE
                          (COMMENTS)                                                               SPENDABLE    ACCT BAL
                     STARTING BALANCE AT GREENE                                                                 82.31
                     BALANCE FORWARD                                                                            82.31

                                                                                       74.11          8.20

                     PERIOD ENDING TOTALS                    .00          .00          74.11          8.20      82.31

                     ENDING BALANCE AT GREENE                                                                   82.31

            20% OF AVERAGE 6 MO SPENDABLE BALANCE            1.98   20% OF AVERAGE 6 MO DEPOSIT AMT     6.45

            LAGGED PAYROLL, DAYS LAGGED - 15  AMOUNT LAGGED -   12.41
            THIS AMOUNT WILL BE ADDED TO YOUR ACCOUNT UPON RELEASE ONLY

------------------------------------------  ENCUMBRANCE BREAKDOWN ----------------------------------------
---- REASON ----    DATE IMPOSED    --- NOTES ---          TOTAL OWED   COL MTDATE   COL TO-DATE   BALANCE DUE   CNTY/ORI CASE
SURCHARGE           03/13/17        CVF25/1600 2016           325.00         .00          74.11      250.89      ERIE

    *   ENCUMBRANCES ESTABLISHED AND PAID IN THE CURRENT MONTH.
```

Court Clerk,                                        5-7-2018

    Enclosed are the forms that was sent to me to fill out to be appointed an attorney. Today I received a letter from You stating that I was in "Default" with this case. Ever since I 1st received a letter from the defense's attorney or this court I have responded immediately. I do not have access to go online to file/answer anything because I am an inmate at Greene Correctional Facility. I want my day in court with this matter because I had nothing at all to do with this.

    Also, the letter that I received from You on 4/27/2018 states that I did respond immediately after being served by the defense. I just don't understand how I am in default if I have answered every letter addressed to me, which the defense also admits to in his motion to find me in default. Please respond to me ASAP on what the next step is.

    Thank You

    [signature]

**GREENE CORRECTIONAL FACILITY**
P.O. BOX 975
COXSACKIE, NEW YORK  12051-0975

NAME: Joseph D'Amico   DIN: 17B0649

GREENE ★ CORRECTIONAL FACILITY

NEOPOST
05/08/2018
US POSTAGE $000.470

ZIP 12051
USDCHWDNY 7879

MAY 11 2018
BUFFALO

Clerk of Court

2 Niagara Square
Buffalo, NY 14202

Legal mail