UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MAY 11 2018
CLERK, US DISTRICT COURT, WDNY

Revised 05/01 WDNY

Carl Miller
_____
        Plaintiff,

17 -CV-00928 LJV

v

APPLICATION FOR APPOINTMENT OF COUNSEL

Joseph D'Amico
_____
        Defendant(s).

My name is __Joseph D'Amico__ and I am the plaintiff in the above action. I hereby apply to the Court for appointment of counsel to represent me in this action. In support of this application, I ask the court to consider the following information:

1. My case concerns the following issue(s) (briefly summarize your case): I am being accused of something that I had nothing to do with, no criminal charges were filed against me as they were to the person that did this to him.

2(a). I am unable to retain an attorney to represent me because I do not have the funds to do so. [circled]

2(b). **[Fill this in if true]** I have applied for leave to proceed *in forma pauperis*. My motion to proceed as a poor person was filed on _____

2(c). **[Fill this in if true]** By Court Order filed on _____, I was granted leave to proceed as a poor person pursuant to 28 U.S.C. § 1915.

3(a). I have attempted to find my own attorney but have been unable to do so because I am an inmate at Greene Correctional Facility and I have no money, the only money I receive is $15.00 every 2 weeks for my State Pay

3(b). I have discussed my case with the following attorneys (include attorney's name and telephone number, and attach any correspondence which indicates that an attorney has declined to represent you): _____

4. I believe that the following circumstances demonstrate why the Court should grant my request for an appointed attorney: I have no means to gain employment because I am currently an inmate

WHEREFORE, plaintiff asks this Court to appoint an attorney to represent plaintiff in this action.

**I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge, information and belief.**

5-1-2018
_____
DATE

[signature]
_____
SIGNATURE