UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARL M. MILLER, | **Stipulation & Order Vacating Clerk's Entry of Default** |
| Plaintiff | |
| Vs. | Case 1:17-cv-00928-LJV-LGF |
| COUNTY OF ERIE, *et al.*, | |
| Defendants. | |

Plaintiff CARL M. MILLER, by and through counsel, having obtained a Clerk's Entry of Default against defendant Maxim Healthcare Services, Inc. (ECF Doc. 10), and defendant Maxim Healthcare Services, Inc. having filed a motion to vacate the default pursuant to Rule 55 of the Federal Rules of Civil Procedure (ECF Doc. 13), it is hereby stipulated and agreed that the Clerk's Entry of Default is VACATED as against defendant Maxim Healthcare Services, Inc. only, and defendant Maxim Healthcare Services, Inc. shall have 5 days from the entry of this Stipulation and Order to file an answer.

| | |
|---|---|
| SHAW & SHAW, P.C. | COLUCCI & GALLAHER P.C. |
| *(signature)* | *(signature)* |
| Leonard D. Zaccagnino | Paul G. Joyce |
| *Attorneys for plaintiff Carl M. Miller* | *Attorneys for defendant Maxim Healthcare Services, Inc.* |
| 4819 South Park Avenue | 424 Main Street, Suite 2000 |
| Hamburg, New York 14075 | Buffalo, New York 14202 |
| (716) 648-3020 | (716) 853-4080 |
| | |
| Date: May 29, 2018 | Date: May 29, 2018 |

1

SO ORDERED.

/s/ Leslie G. Foschio
_____
LESLIE G. FOSCHIO
UNITED STATES MAGISTRATE JUDGE

Dated: June 4th
       May ___, 2018
       Buffalo, New York