UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

CARL MILLER,

                Plaintiff,          **STIPULATION**
                                    **SELECTION OF MEDIATOR**

-vs-                                17-CV-928V(F)

COUNTY OF ERIE, et. al.,

                Defendants.
_____

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that Michael Menard, Esq. has been selected, contacted and has agreed to serve as Mediator for this action.

    **IT IS FURTHER STIPULATED AND AGREED** in consultation with the Mediator, that the initial mediation session will be held on August 15, 2018 at 10:00 a.m. at the offices of the Erie County Attorney, 95 Franklin Street, Room 1634, Buffalo, New York.

    **IT IS FURTHER STIPULATED AND AGREED** that counsel will participate in the mediation session in good faith and confer with the Mediator regarding the scheduling of additional conferences, bearing in mind the deadline for the completion of ADR set forth in the Court's Scheduling Order.



SHAW & SHAW, PC
ATTORNEYS AND COUNSELORS AT LAW

DATED:     June 8, 2018
           Hamburg, New York

| | |
|---|---|
| SHAW & SHAW, P.C. | COUNTY OF ERIE |
| *[signature]* | *[signature]* |
| Leonard D. Zaccagnino | Anthony B. Targia |
| Attorneys for Plaintiff | Attorneys for County Defendants |
| 4819 South Park Avenue | 95 Franklin Street, Room 1634 |
| Hamburg, New York 14075 | Buffalo, NY 14202 |

SHAW & SHAW, PC
ATTORNEYS AND COUNSELORS AT LAW