UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

CARL M. MILLER,

                Plaintiff

-vs-                                CERTIFICATE OF SERVICE

COUNTY OF ERIE, et. al.,            17-CV-00928 LJV

                Defendants.
_____

      I hereby certify that on July 16, 2018, I caused to be electronically filed the foregoing Plaintiff's First Set of Interrogatories with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the appropriate CM/CMF participants in this case.

      I have also mailed by U.S. Mail, postage prepaid, a copy to all answering parties and the following parties who have not yet answered the Complaint at the addresses below, which addresses, upon information and belief, are their last known addresses:

                James Thomas
                c/o Erie County Holding Center
                10 Delaware Avenue
                Buffalo, NY 14202

                Joseph Damico
                c/o Greene Correctional Facility
                165 Plank Road
                Coxsackie, NY 12051

                Ariel Simms
                1457 East Delavan Avenue #2
                Buffalo, NY 14215

Dated:     July 16, 2018
           Hamburg, New York

                                        SHAW & SHAW, P.C.

                                        _____
                                        Leonard D. Zaccagnino
                                        Attorneys for Plaintiff
                                        4819 South Park Avenue
                                        Hamburg, NY 14075
                                        (716) 648-3020 Telephone
                                        (716) 648-3730 Fax
                                        lzaccagnino@shawlawpc.com