UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

CARL M. MILLER,

            Plaintiff,                  **PLAINTIFF'S SUPPLEMENTAL RULE 26(a) DISCLOSURE**

vs.                                 17-CV-00928 LJV

COUNTY OF ERIE, et. al.,

            Defendants.
_____

Plaintiff, by and through his attorneys, Shaw & Shaw, P.C., states the following pursuant to Rule 26(a) of the Federal Rules of Procedure:

1. **Witnesses**

    a. Carl M. Miller
       171 Kokomo Street, Depew, NY 14043

    b. Janet Miller
       171 Kokomo Street, Depew, NY 14043

    c. Timothy B. Howard, Erie County Sheriff
       10 Delaware Avenue, Buffalo, NY 14202

    d. Thomas Diina, Superintendent, Jail Management Division
       40 Delaware Avenue, Buffalo, NY 14202

    e. Lieutenant Krzysztof Kania
       1385 Abbott Road #87, Buffalo, NY 14218

    f. Sargent Christian J. Sundberg
       107 Argus Drive, Depew, NY 14043



SHAW SHAW, PC
ATTORNEYS AND COUNSELORS AT LAW

g. Officer Deanna J. Lates
4332 East Frontier Drive, Buffalo, NY 14219

h. Lieutenant Karen A. Yetzer
464 Town Line Road, Lancaster, NY 14086

i. Officer Keith L. Roberts
c/o Erie County Correctional Facility
11581 Walden Avenue, Alden, NY 14004

j. Sargent Richard J. Kozaczka
79 Homer Street, Buffalo, NY 14216

k. Officer Paul Robinson
12 Saint Joseph Drive, Lancaster, NY 14086

l. Officer Timothy M. Wanat
1166 Cleveland Drive, Cheektowaga, NY 14225

m. David Julian, PA
Erie County Correctional Facility
11581 Walden Avenue, Alden, NY 14004

n. James Thomas
c/o Erie County Holding Center
10 Delaware Avenue, Buffalo, NY 14202

o. Joseph Damico
c/o Greene Correctional Facility
165 Plank Road, Coxsackie, NY 12051

p. Ariel Simms
1457 East Delavan Avenue #2, Buffalo, NY 14215

q. Robert Gibbens, RN
Erie County Correctional Facility
11581 Walden Avenue, Alden, NY 14004

t. JOHN DOES 1-10
Individually and as employees of the
Erie County Sheriff's Department
10 Delaware Avenue
Buffalo, NY 14202



SHAW SHAW, PC
ATTORNEYS AND COUNSELORS AT LAW

      u.      Gregory J. Bennett, M.D.
Erie County Medical Center
462 Grider Street
Buffalo, NY 14215

2. **Documents Pursuant to Rule 26(a)(1)(B)**: Plaintiff has the following documents in his possession, which documents have been provided to defense counsel pursuant to disclosure responses:

      a.      Medical records

3. **Damages**: Plaintiff is alleging damages in an amount not to exceed $5,000,000.00.

As of May 15, 2018, plaintiff's medical bills, which have been paid for by the New York State Department of Health (Medicaid Program) total $156,795.61. A copy of the Notice of Lien filed by the New York State Department of Health with the Erie County Clerk on May 15, 2018 has been forwarded to counsel.

4. **Insurance Agreements**: The County defendants have answered but have yet to respond to plaintiff's demands for insurance information; defendants Thomas, Damico and Simms have not yet answered the Complaint, nor have they provided any further information to plaintiff.



SHAW SHAW, PC
ATTORNEYS AND COUNSELORS AT LAW

Dated:   July 25, 2018
         Hamburg, New York

                                    SHAW & SHAW, P.C.

                                    _____
                                    Leonard D. Zaccagnino
                                    Attorneys for Plaintiff
                                    Office and Post Office Address
                                    4819 South Park Avenue
                                    Hamburg, NY 14075
                                    (716) 648-3020 Telephone
                                    (716) 648-3730 Fax
                                    lzaccagnino@shawlawpc.com


TO:   Anthony B. Targia, Esq.
      Assistant County Attorney
      Office and Post Office Address
      95 Franklin Street
      Room 1634
      Buffalo, NY 14202

      Darius Keyhani, Esq.
      Meredith & Keyhani, PLLC
      Attorneys for Defendant Joseph Damico
      205 Main Street
      East Aurora, NY 14052