UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

CARL M. MILLER,

                Plaintiff,

       v.

COUNTY OF ERIE, DEPARTMENT OF
SHERIFF OF ERIE COUNTY,
TIMOTHY B. HOWARD, Erie County
Sheriff, THOMAS DIINA,
Superintendent, LIEUTENANT
KRZYSZTOF KANIA, SERGEANT
CHRISTIAN J. SUNDBERG, OFFICER
DEANNA J. LATES, LIEUTENANT
KAREN A. YETZER, OFFICER KEITH
L. ROBERTS, SERGEANT RICHARD J.
ZOZACZKA, OFFICER D. PAUL
ROBINSON, OFFICER TIMOTHY M.
WANAT, DAVIS JULIAN, P.A., JAMES
THOMAS, JOSEPH DAMICO, ARIEL
SIMMS, ROBERT GIBBENS, R.N., and
JOHN DOES 1-10, [1]

                Defendants.

_____

**ORDER**

1:17-CV-00928 EAW



This case, originally assigned to the Honorable Lawrence J. Vilardo, was referred

for all pretrial matters and for reporting upon dispositive motions to United States

Magistrate Judge Leslie G. Foschio pursuant to 28 U.S.C. §§ 636(b)(1)(A)-(C). (Dkt. 6).

The case was transferred to the undersigned on June 14, 2018. (Dkt. 26). On February 27,

2019, Magistrate Judge Foschio issued a thorough Report and Recommendation

_____

[1]     The docket currently names Sargent Christian J. Sundberg and Sargent Richard J.
Zozaczka as defendants. The Clerk of Court is instructed to amend these names to read
Sergeant Christian J. Sundberg and Sergeant Richard J. Zozaczka.

recommending that Plaintiff's unopposed motion for default judgment (Dkt. 7) be granted in part and denied in part (Dkt. 51).

Pursuant to Fed. R. Civ. P. 72(b)(2) and 28 U.S.C. § 636(b)(1), the parties had 14 days after being served a copy of the Report and Recommendation to file objections. No objections were filed. The Court is not required to review *de novo* those portions of a report and recommendation to which objections were not filed. *See Mario v. P & C Food Mkts., Inc.*, 313 F.3d 758, 766 (2d Cir. 2002) ("Where parties receive clear notice of the consequences, failure [to timely] object to a magistrate's report and recommendation operates as a waiver of further judicial review of the magistrate's decision.").

Notwithstanding the lack of objections, the Court has conducted a careful review of the Report and Recommendation as well as the filings previously made in the case, and finds no reason to reject or modify the Report and Recommendation of Magistrate Judge Foschio. For the reasons set forth in the Report and Recommendation (Dkt. 51), this Court grants in part and denies in part Plaintiff's motion for default judgment (Dkt. 7).

SO ORDERED.

ELIZABETH A. WOLFORD
United States District Judge

Dated:        March 18, 2019
              Rochester, New York