## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 16, 2020, I electronically filed the foregoing Notice of Motion, Supporting Declaration, Statement of Material Facts Pursuant to Local Rule 56, and Memorandum of Law with the Clerk of the District Court for the Western District of New York, using its CM/ECF system which would then electronically notify the following CM/ECF participants on this case:

    Leonard D. Zaccagnino, Esq.
    **SHAW & SHAW, P.C.**
    *Attorneys for Plaintiff*
    4819 South Park Avenue
    Hamburg, New York 14075

    Darius Keyhani, Esq.
    **KEYHANI LLC**
    *Attorneys for defendant D'Amico*
    205 Main Street
    East Aurora, New York 14052

Dated:    Buffalo, New York
            September 16, 2020                        **MICHAEL A. SIRAGUSA, ESQ.**
                                                                              *Erie County Attorney*

                                                                             *s/ Erin E. Molisani*
                                                                             Erin E. Molisani, Esq.
                                                                             Assistant County Attorney
                                                                             95 Franklin Street, Room 1634
                                                                             Buffalo, New York 14202
                                                                             Telephone: (716) 858-2216
                                                                             Email: Erin.Molisani@erie.gov