UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

CARL MILLER,

                *Plaintiff*,

vs.

COUNTY OF ERIE,
DEPARTMENT OF SHERIFF OF ERIE COUNTY,
TIMOTHY B. HOWARD,
THOMAS DIINA,
LIEUTENANT KRZYSZTOF KANIA,
SERGEANT CHRISTIAN J. SUNDBERG,
OFFICER DEANNA J. LATES,
LIEUTENANT KAREN A. YETZER,
OFFICER KEITH L. ROBERTS,
SERGEANT RICHARD J. KOZACZKA,
OFFICER D. PAUL ROBINSON,
OFFICER TIMOTHY M. WANAT,
DAVID JULIAN, PA,
JAMES THOMAS,
JOSEPH D'AMICO,
ARIEL SIMMS,
ROBERT GIBBENS, RN,
MAXIM HEALTHCARE SERVICES, INC.,
MAXIM HEALTHCARE SERVICES, INC.,
individually and d/b/a MAXIM PHYSICIAN RESOURCES, and
JOHN DOES 1-10,

                *Defendants*.

**STIPULATION OF DISMISSAL**

Case No. 17-cv-00928

---

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is stipulated by all parties who have appeared in this matter that the foregoing action is hereby dismissed with prejudice. Each party shall pay their own costs.

Dated:        Buffalo, New York
                  February 1, 2022

**MICHAEL A. SIRAGUSA**
*Erie County Attorney*

_____
Erin E. Molisani
Assistant County Attorney
95 Franklin Street, Room 1634
Buffalo, New York 14202
Telephone: (716) 858-2216
Email: erin.molisani@erie.gov

**SHAW & SHAW, PC**
*Counsel for plaintiff*

_____
Leonard Zaccagnino, Esq.
4819 South Park Avenue
Hamburg, New York 14075
Telephone: (716) 648-3020
Email: bzaccagnino@shawlawpc.com

**KEYHANI LLC**
*Counsel for defendant D'Amico*

Darius Keyhani
_____
Darius Keyhani, Esq.
205 Main Street
East Aurora, New York 14052
Telephone: (202) 903-0326
Email: dkeyhani@keyhanillc.com

SO ORDERED:

_____
Hon. Elizabeth A. Wolford